FILED - GR
May 2, 2025 12:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KD /5/2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Dontae Lashun Wiley Jr #00361477

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:25-cv-509
Robert J. Jonker
U.S. District Judge

v.

Elizabeth Bartlett
Jeffery Ohara
Jennifer Faber
Tyler Langerak

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☒   No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

      _____

   2. Is the action still pending?   Yes ☒   No ☐

      a. If your answer was no, state precisely how the action was resolved: _____

      _____

   3. Did you appeal the decision?   Yes ☐   No ☒
   4. Is the appeal still pending?   Yes ☐   No ☒

      a. If not pending, what was the decision on appeal? _____

      _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☒   No ☐

      a. If so, explain: After researching my situation deeper, I discovered the individuals from previous lawsuit conspired with above parties.

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Dontae Lashun Wiley Jr**

Place of Present Confinement **Kent County Correctional Facility**

Address **703 Ball avenue N.E**

Place of Confinement During Events Described in Complaint **Kent County Correctional Facility**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Elizabeth Bartlett**
Position or Title **Assistant Prosecuting Attorney**
Place of Employment
Address **82 Ionia avenue N.W, Suite 450**
Official and/or personal capacity? **Official and Personal**

Name of Defendant #2 **Jeffery Ohara**
Position or Title **District Court Judge**
Place of Employment **63rd District Court**
Address **1950 E. Beltline avenue N.E**
Official and/or personal capacity? **Official and Personal**

Name of Defendant #3 **Jennifer Faber**
Position or Title **District Court Judge**
Place of Employment **61st District Court**
Address **180 Ottawa avenue N.W**
Official and/or personal capacity? **Official and Personal**

Name of Defendant #4 **Tyler Langerak**
Position or Title **Detective (Human trafficking task force)**
Place of Employment **Kent County Sheriff's department**
Address **701 Ball avenue N.E**
Official and/or personal capacity? **Official and Personal**

Name of Defendant #5 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

- 3 -    (W.D. Mich. Form – Last Revised: September 2021)

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

The Complaint of Dontae Lashun Wiley Jr. bring before the court is a serious matter that should Not be overlooked. Within the past 9 months I have been prosecuted maliciously, by a prosecutor with an arbitrary agenda who has no regard for constitutional rights. Since the beginning of case no. 24-08431-FC there's been nothing but prejudice rulings and decisions made, that disables me at having a fair shot at trial. Prosecuting attorney Elizabeth Bartlett, is the primary factor behind this catastrophe. On August 1st, 2024 her primary witness proved to be not so credible, constantly contridicting his stories while lying under oath. Every attorney, defendant present, and even Ms. Bartlett, was aware of that. On the following day she managed to make arrangements to have me placed in solitaire confinement, and till this present day that happens to be my unpleasant reality. On August 7th, 2024 during a reserved preliminary hearing she forces a court order on me, based on allegations from a witness who proved to be a liar. Judge Jeffery Ohara, In appearance as the impartial party, without giving the defense proper time to be heard for a hearing to contest, nor looking into the matter himself, signs off on the court order. He also binded me over on Armed Robbery and specific other charges, when no testimony at the preliminary exam fitted the criteria of those accusations, also with no facts to back up his decision clearly abusing his discretion. Case no. 25-01857-FC happens to be a case the state assumes I'm responsible for, therefor, I'm being charged on that case as well. These are 2 different cases, but Ms. Bartlett and Det. Tyler Langerak happens to be on both cases prejudicely persecuting me. Det. Langerak also created both affidavit's of probable cause for both cases, which do not meet the acceptable standards for probable cause. But not only that, he also had me booked on felony criminal charges without having an affidavit of probable cause typed up and sworn before a magistrate. None of that took place until 24 hours plus after the booking at KCCF.(24-08431-FC). On 12/17/24, I appeared at 61st district court for a probable cause hearing for case no. 25-01857-FC before Judge Jennifer Faber. She was demanding my preliminary exam be waived for some odd reason without a good cause shown. I contested the obligation which only caused us to clash, then she kicked me out of the courtroom for asserting my rights. The following week the prelim was scheduled on 12/23/24, I was present at the courthouse but wasn't allowed in the courtroom. (Attach sheets for more)

# Supported Facts and Intel (Details)

**Elizabeth Bartlett:** (Further Complaints) (Main Conspirator)

Bias / Prejudice / Malicious Prosecution / Prosecutorial Misconduct.

- Sets an excessive bail ($1.million c/s) / Then sets the bail to no bond without holding a bond hearing.
- I'm being tried on a Weapons-Firearm poss. by a prohibited person and assault w/ dangerous weapon charges without being arraigned on them. (24-08431-FC)
- Allows her witnesses to lie under oath against me while being aware (I can prove this) without holding them accountable for making a mockery of justice. (8/1/24) (8/21/24) (24-08431-FC)
- Manages to pull a few strings to have me placed in solitaire confinement, without being in trouble nor any other negative misconducts. (8/2/24) (24-08431-FC)
- (8/7/24) She manages to get a court order placed on me to restrict my phone and visitation privilege, while already having me placed in solitaire confinement for 6 days before the court order gets placed. (For the entirety of case) (24-08431-FC)
- She's the prosecutor responsible for getting me binded over on both cases (24-08431-FC) (25-01857-FC) while prejudice acts took place during both preliminary exam's and pre-trial hearings.
- Gave off the record deals and grants of immunity on both cases (24-08431-FC) (25-01857-FC) to individuals who were allegedly accused in having big roles in the cases, in exchange of testimony against me. (Acts of bias Nature)
- (2/5/25) At the preliminary exam, herself along with another prosecutor (Gerrard Faber) were witness coaching clear as day. By way of utilizing a drawing board. (Same discredible witness) (25-01857-FC)
- (8/21/24) I recieved intel that she managed to have both of my co-defendants in case (24-08431-FC) placed in the same housing unit. Which is when the off record plea deals began to be offered.

**Jeffery Ohara:** (Further Complaints) (24-08431-FC)

Bias / Prejudice / Abuse of discretion

- Preliminary exam began 8/1/24, after a couple of testimonies Judge Ohara decides to adjourn the remainder of the exam until 8/7/24 (in Bartlett's favor). On 8/7/24, all parties are present to resume but once again he adjourns the exam until 8/21/24 without a good cause shown. (upon Bartlett's request).
- (8/7/24) He signs off on the prejudice court order without looking into the matter restricting my outside communication the entirety of the case. (Bartlett's request).
- (8/21/24) He binded me over on multiple felony charges without a good cause to justify his decision. His reasoning was the alleged victim's testimony when every defense attorney present pointed out the fact that the witness was not credible. Nor did he testify I took anything. But Ohara binded me over anyways.

Kurt C.  4/28/2025
KEITH COWDIN
Notary Public – State of Michigan
County of Kent
My Commission Expires: June 9, 2025

Jennifer Faber: (Further Complaints)(25-01857-FC)

Abuse of discretion/Bias/Prejudice

- On 12/17/24 during a probable cause hearing, she demands the preliminary exam be adjourned that was scheduled for the following week (12/23/24) without a good cause shown. I contested that (respectfully) then asked why. Her reasoning was "she didn't feel like my attorney would be ready" (which he stated he would be if I need him to be)(prior to the hearing). Which appeared as a prejudice excuse (in Bartlett's favor). After a couple more minutes into the debate she kicked me out of the court room.

- 12/23/24, The day the preliminary exam was scheduled for. I appeared at the courthouse in anticipation of the hearing. I'm escorted into an attorney client booth on another floor where I was told my attorney would be arriving shortly, but only he never arrived in that booth. My former attorney, Ms. Bartlett, and Judge Faber, were all holding court inside of the courtroom on my behalf while restricting me from being present. On the same day Judge Faber adjourns the preliminary exam from 12/23/24 until 2/5/25 (in Bartlett's favor) without a good cause shown. (44 day gap)

- On 2/5/25 Day of preliminary exam Faber withdrawed herself unexpectedly. Therefor, making her reasoning for adjourning the exam in the first place to be even more bias than before. The only role she played in this case was adjourning the exam for a 44 day period without having the means to be the active judge that's judging the case. (clearly abuse of discretion) On that same day Judge Faber appeared to withdraw for whatever reason, Prosecutor Gerrard Faber decides to join the case to assist Bartlett. (Appears to be a family conspiracy as well).

Tyler Langerak: (Further Complaints)

Bias/Prejudice/Malicious Prosecution (conspirator)

- Tyler Langerak and Elizabeth Bartlett are on both of my cases which clearly indicates the conspiracy between the two.

- 7/6/24, He had me booked on 3 felony charges without an affidavit of probable cause to give him the authority to do so. (clearly malicious intent).

- Pertaining to the delayed affidavit of probable cause, there were several omitted facts and false statements made by the detective that also indicates his malicious and prejudice intent. Which should not be acceptable. (Can prove this).

(Short Summary Recap)

Elizabeth Bartlett had something to do with every complaint and misconduct given. She's pursuing these cases arbitrarily making a mockery of justice and I refuse to be bullied any further, so I'm speaking up against my bullies. Every other individual listed helped conspire and contribute to her arbitrary agenda. All of this just to build a reputation. Not for the means of justice, and I Dontae Lashun Wiley Jr. will not tolerate it. I'm demanding justice (Respectfully).

## IV. Relief

State briefly and precisely what you want the court to do for you.

Injunction Relief
Mandamus Relief
Monetary Relief

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☒ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

4-15-25
**Date**

D. Wilson
**Signature of Plaintiff**

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

KEITH COWDIN
Notary Public – State of Michigan
County of Kent
My Commission Expires: June 9, 2025

/Knt C- 4/28/2025

- 5 -    (W.D. Mich. Form – Last Revised: September 2021)

Dontae Willeyut #8034477
Kent County Correctional Facility
703 Ball avenue N.E
Grand Rapids, Mi, 49503

This mail originates
from the
Kent County Correctional Facility

This mail originates
from the
Kent County Correctional Facility

S District Court (399 Federal Building)
0 Michigan St. N.W
and Rapids, MI, 49503

This mail originates
from the
t County Correctional Facility