UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONTAE LASHUN WILEY, JR.,

       Plaintiff,

                                    CASE No. 1:25-CV-509

v.

                                      HON. ROBERT J. JONKER

ELIZABETH BARTLETT, et al.,

       Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

       The Court has reviewed Magistrate Judge Vermaat's Report and Recommendation (ECF No. 6) and Plaintiff's Objection to the Report and Recommendation (ECF No. 7).   Under the Federal Rules of Civil Procedure, where, as here, a party has objected to portions of a Report and Recommendation, "[t]he district judge . . . has a duty to reject the magistrate judge's recommendation unless, on de novo reconsideration, he or she finds it justified."   12 WRIGHT, MILLER, & MARCUS, FEDERAL PRACTICE AND PROCEDURE § 3070.2, at 381 (2d ed. 1997). Specifically, the Rules provide that:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.   The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

FED R. CIV. P. 72(b)(3).   De novo review in these circumstances requires at least a review of the evidence before the Magistrate Judge.   *Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981). The Court has reviewed de novo the claims and evidence presented to the Magistrate Judge; the

Report and Recommendation itself; and Plaintiff's objections.    After its review, the Court finds the Magistrate Judge's Report and Recommendation to be factually sound and legally correct.

In the main, the Magistrate Judge concludes that *Younger v. Harris*, 401 U.S. 37 (1971) stands in the way of Plaintiff's claims.    Plaintiff's objections fail to deal in a meaningful way with the Magistrate Judge's analysis.    The Magistrate Judge carefully and thoroughly considered the record and the governing law.    The Magistrate Judge properly analyzed Plaintiff's claims. Nothing in Plaintiff's objections changes the fundamental analysis.    The Court agrees that Plaintiff's Complaint must be dismissed for the very reasons articulated by the Magistrate Judge.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2).

This case is **CLOSED.**


Dated:   May 23, 2025          /s/ Robert J. Jonker
                            ROBERT J. JONKER
                            UNITED STATES DISTRICT JUDGE